UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZIK-AYLA MAMYROVA,<br><br>      Plaintiff,<br><br>-against-<br><br>NEIGHBORHOOD ASSOCIATION FOR INTERCULTURAL AFFAIRS, INC., et al.,<br><br>      Defendants. | 21-CV-7170 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

 Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

 Plaintiff submitted the complaint with an "Affidavit in Support of an Application to Proceed as a Poor Person and to Waive Court Fees" pursuant to New York Civil Practice Law and Rules § 1101. (ECF 1 at 1.) The state-court application does not have sufficient information concerning Plaintiff's ability to pay the filing fees.

 Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit an IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 21-CV-7170 (LTS). If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

 No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

2

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 22, 2021
        New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge