USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAZIK-AYLA MAMYROVA,

                  Plaintiff,

-against-

NEIGHBORHOOD ASSOCIATION FOR INTERCULTURAL AFFAIRS, INC.; TAMIKA BROWN; ISHA SMITH; DOES 1-10,

                  Defendants.

**ORDER OF SERVICE**

21-CV-7170 (VEC) (JLC)

---

**JAMES L. COTT, United States Magistrate Judge**.

Plaintiff, who is appearing *pro se*, brings this action under the Revenue Sharing Act, 31 U.S.C. § 6711, and 42 U.S.C. ch. 21, alleging that Defendants subjected her to discrimination at a Bronx homeless shelter because of her race, religion, and national origin. By order dated October 26, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).

## DISCUSSION

**A.**    **Service on Neighborhood Association for Inter-Cultural Affairs**

On November 1, 2021, the Court issued summonses as to Defendants Neighborhood Association for Inter-Cultural Affairs (NAICA), Tamika Brown, and Isha Smith, but the United States Marshals Service was unable to serve the defendants. As Plaintiff provided a second address for NAICA, the Court directs service on NAICA at that address.

To allow Plaintiff to effect service on NAICA through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant The Clerk of Court is further instructed to issue a new

summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon NAICA.

**B.     Valentin Order**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff names as a defendant Tamika Brown, a caseworker for NAICA and Isha Smith, Director of Social Services at NAICA. These two defendants are apparently no longer located at the address Plaintiff provided and could not be served. Accordingly, counsel for NAICA is hereby directed to ascertain the identities of these two defendants and the addresses where they may be served. NAICA's counsel must provide this information to Plaintiff and the Court within 60 days of the date of this Order.

Upon receipt of this information, the Court will issue an order directing the Clerk of Court to complete the USM-285 form with the addresses for Defendants Brown and Smith and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to issue a summons, complete the USM-285 form with the address for NAICA (1075 Grand Concourse, Suite 1B, Bronx, NY 10452), and deliver to the U.S. Marshals Service all documents necessary to effect service on NAICA.

The Clerk of Court is also directed to mail a copy of this order and the complaint to Neighborhood Association for Inter-Cultural Affairs at: 1075 Grand Concourse, Suite 1B, Bronx, NY 10452.

3

The Clerk of Court is also instructed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED**.

Dated: April 11, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Neighborhood Association for Inter-Cultural Affairs (NAICA)
   1075 Grand Concourse
   Suite 1B
   Bronx, NY 10004