USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAZIK-AYLA MAMYROVA,

           Plaintiff,

    -v-

NEIGHBORHOOD ASSOCIATION FOR
INTER-CULTURAL AFFAIRS, INC., *et al.*,

           Defendants.
-------------------------------------------------------------X

**ORDER**

21-CV-7170 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

At the conference held today, the parties and the Court conferred and revised the schedule as follows:

1. The deadline for fact discovery, including depositions, is extended to **May 5, 2023**.

2. The status conference currently scheduled for March 7, 2023 is adjourned to **May 12, 2023** at **12:00 p.m.** by telephone at the number previously provided to the parties.

**SO ORDERED.**

Dated: January 5, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge