UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAZIK-AYLA MAMYROVA,

                    Plaintiff,

-against-                                       21 **CIVIL** 7170 (AS)

## JUDGMENT

NEIGHBORHOOD ASSOCIATION FOR INTER-
CULTURAL AFFAIRS, INC., et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 14, 2024, defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 15, 2024

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                             **BY:**     *K. Mango*

                                                                     **Deputy Clerk**